UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| ERIC PRESTON LUETH, | ) ED CV 13-00645-JLS (SH) |
| | ) |
| Petitioner, | ) ORDER ACCEPTING THE FINAL |
| | ) REPORT AND RECOMMENDATION |
| | ) OF UNITED STATES MAGISTRATE |
| | ) JUDGE |
| v. | ) |
| | ) |
| MR. A. COOPER, Warden | ) |
| | ) |
| Respondent. | ) |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS THEREFOR ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: March 16, 2014

JOSEPHINE L. STATON
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE