UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| ERIC PRESTON LUETH, | ) ED CV 13-00645-JLS (SH) |
| | ) JUDGMENT |
| Petitioner, | ) |
| v. | ) |
| MR. A. COOPER, Warden | ) |
| Respondent. | ) |

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed with prejudice.

DATED: March 16, 2014

JOSEPHINE L. STATON<br>
JOSEPHINE L. STATON<br>
UNITED STATES DISTRICT JUDGE